## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUSTAFA ALI, | : | No. 3:24-CV-1072 |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| | : | |
| LAUREL HARRY, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. 15) is **GRANTED** in part and **DENIED** in part, as follows:

   a. Ali's individual liability claims under RLUIPA against defendants Harry and Klemm are **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

   b. Defendants' motion to dismiss is **DENIED** in all other respects.

2. All claims against defendants the "Religious Accommodation Review Committee members" are **DISMISSED** without prejudice from this action pursuant to Federal Rule of Civil Procedure 4(m). Although dismissal is without prejudice, Ali may not name these unidentified defendants in his amended complaint, as he has failed to identify them within a reasonable time so that service of process can be affected.

3. The Clerk of Court is directed to terminate defendants the "Religious Accommodation Review Committee members."

4. Ali, if he so desires, may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order.

5. If an amended complaint is not timely filed, this case will proceed only as to Plaintiff's First Amendment free exercise and Fourteenth Amendment equal protection claims against defendants Harry and Klemm.

Date: 3/13/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court